```
PATRICK L. FORTE, State Bar #80050
CORRINE BIELEJESKI, State Bar #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-46698 EDJ** |
| **DAVID CULLEN JONES and BABETTE MARIE JONES,** | **Chapter 13** |
| Debtors. | **MOTION TO DISMISS CHAPTER 13 CASE AS TO BABETTE JONES ONLY AND NOTICE THEREON** |

Babette Marie Jones, co-debtor herein, moves to dismiss herself only from the Chapter 13 proceeding. The proceeding shall continue as to David Cullen Jones.

Unless a party files and serves an opposition to the dismissal within seven (7) days from service of the motion, the Court may grant the requested relief without hearing or further notice. If an objection is timely filed and served, the co-debtor must schedule a hearing on the motion and the objection to be heard on not less than seven (7), nor more than fourteen (14) days notice to the objecting party, the Chapter 13 Standing Trustee and the United States Trustee.

Dated: September 20, 2010

                                        /s/ Corrine Bielejeski
                                        CORRINE BIELEJESKI
                                        Attorney for Debtors